IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

UNITED STATES OF AMERICA

v.

GEORGE G. CASANOVA

*Defendant.*

Case No. 3:24-mj-00092

## MOTION TO DISMISS CRIMINAL INFORMATION AND VIOLATION NOTICE

The United States of America, through its attorneys, Erik S. Siebert, United States Attorney, and Adam J. Wise, Special Assistant United States Attorney, hereby moves this Court to dismiss the original Criminal Information (ECF No. 1) in the above-captioned case, which was superseded by the First Superseding Criminal Information (ECF No. 7) on December 19, 2024. The United States also moves this Court to dismiss Violation Notice No. E2128080. The Defendant, Mr. George Casanova, does not oppose this motion.

WHEREFORE, it is requested that this Motion be granted, and the Court sign and enter the attached proposed Order.

Respectfully submitted,

ERIK S. SIEBERT
UNITED STATES ATTORNEY

By:  _____/s/_____
Adam J. Wise
Maryland Bar No. 2211290272
Special Assistant United States
Attorney
United States Attorney's Office
919 E. Main Street, Ste 1900
Richmond, Virginia 23219
Phone: (804) 590-8013
Email: adam.j.wise7.mil@army.mil

1